# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## BEAUFORT DIVISION

### CIVIL ACTION NO.: 9:24-cv-06005-DCN

| | |
|---|---|
| ZANE RICHARD DICKENS )<br>    Plaintiff )<br>         )<br>-versus-      )<br>         )<br>ORVILLE WINSTON BARTON )<br>AND WINSTON TRUCKING, )<br>LLC,        )<br>    Defendants )<br>         ) | **DEFENDANTS' RULE 26(A)(2)(B) EXPERT WITNESS DISCLOSURES** |

    Defendants, Orville Winston Barton and Winston Trucking, LLC, hereby submit their expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Defendants have retained the following expert witness pursuant to Rule 26 (a)(2)(B):

    Christopher M. Holland, M.D., Ph.D, FAANS
    Carolina Neurosurgery & Spine Associates, LLC
    225 Baldwin Avenue
    Charlotte, North Carolina 28204.

    Dr. Holland's report as required by Rule 26 (a)(2)(B) will be supplemented on or before June 30, 2025, pursuant to agreement with counsel for the Plaintiff.

    Because the Plaintiff is claiming ongoing medical care, Defendants reserve the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Defendants' behalf. Defendants further reserve the right to elicit expert testimony from individuals named as experts by the Plaintiff, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

Respectfully submitted,

SHARP LAW FIRM, LLC


s/Mary E. Sharp
Mary E. Sharp
Fed ID: 06170
Post Office Box 1589
Beaufort, South Carolina 29901
843-524-9850
msharp@marysharplaw.com
ATTORNEY FOR DEFENDANTS
ORVILLE WINSTON BARTON AND
WINSTON TRUCKING, LLC

Dated: June 23, 2025
Beaufort, South Carolina