IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

CIVIL ACTION NO.: 9:24-cv-06005-DCN

| | | |
|---|---|---|
| ZANE RICHARD DICKENS<br>    **Plaintiff** | )<br>)<br>) | |
| -versus- | )<br>) | DEFENDANTS' RULE 26(A)(2)(B) EXPERT WITNESS' REPORT |
| ORVILLE WINSTON BARTON AND WINSTON TRUCKING, LLC,<br>    **Defendants** | )<br>)<br>)<br>)<br>) | |

  Defendants, Orville Winston Barton and Winston Trucking, LLC, hereby submitted their expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order on June 23, 2025. Defendants previously identified the following expert witness pursuant to Rule 26 (a)(2)(B):

  Christopher M. Holland, M.D., Ph.D, FAANS
  Carolina Neurosurgery & Spine Associates, LLC
  225 Baldwin Avenue
  Charlotte, North Carolina 28204.

  Pursuant to an agreement between the parties, the filing of Dr. Holland's report as required by Rule 26 (a)(2)(B) was extended to June 30, 2025. Accordingly, attached hereto and incorporated herein by reference is Dr. Holland's report, Curriculum Vitae and Qualifications.

  Because the Plaintiff is claiming ongoing medical care, Defendants reserve the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Defendants' behalf. Defendants further reserve the right to elicit expert testimony from individuals named as experts by the Plaintiff, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

Respectfully submitted,

SHARP LAW FIRM, LLC


s/Mary E. Sharp
Mary E. Sharp
Fed ID: 06170
Post Office Box 1589
Beaufort, South Carolina 29901
843-524-9850
msharp@marysharplaw.com
ATTORNEY FOR DEFENDANTS
ORVILLE WINSTON BARTON AND
WINSTON TRUCKING, LLC

Dated: June 30, 2025
Beaufort, South Carolina