# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| ZANE RICHARD DICKENS,<br><br>                              Plaintiff,<br><br>vs.<br><br>ORVILLE WINSTON BARTON and<br>WINSTON TRUCKING, LLC,<br><br>                              Defendants. | Case No.: 9:24-cv-06005-DCN<br><br>**SECOND AMENDED CONFERENCE<br>AND SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case:

1. Discovery: Discovery shall be completed no later than **November 7, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

2. Motions in Limine: Motions in limine must be filed **at least three weeks prior to jury selection.**

3. Dispositive Motions: All dispositive motions and all Daubert motions shall be filed on or before **November 7, 2025**.[1]

4. Mediation: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **December 1, 2025**.[2] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

5. Trial: This case will go to trial during the term of court beginning **December 1, 2025**.

---

[1] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

[2] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.

AND IT IS SO ORDERED.

                                                                             David C. Norton
                                                                             United States District Judge

July 31, 2025
Charleston, South Carolina