IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
CIVIL ACTION NO.: 9:24-cv-06005-DCN

| | |
|---|---|
| ZANE RICHARD DICKENS )<br>　　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　　　)<br>-versus-　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>ORVILLE WINSTON BARTON )<br>AND WINSTON TRUCKING, )<br>LLC,　　　　　　　　　　　)<br>　　　　Defendants　　　　)<br>_____) | ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided Orville Winston Barton with any materials related to ADR which were required to be provided by the Local Civil Rule 16.01 scheduling order; (2) discussed the availability of ADR mechanisms with Orville Winston Barton: and (3) discussed the advisability and times of ADR with opposing counsel.

Submitted[1] this 27th day of October, 2025.

Respectfully submitted,

_____
Mary E. Sharp, Esquire
Sharp Law Firm, LLC
Post Office Box 1589
Beaufort, South Carolina 29901
843-524-9850
msharp@marysharplaw.com
ATTORNEY FOR DEFENDANTS
ORVILLE WINSTON BARTON AND
WINSTON TRUCKING, LLC

Beaufort, South Carolina

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.