**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | | |
|---|---|---|
| Zane Richard Dickens, | ) | C/A No.: 9:24-cv-6005 DCN |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Orville Winston Barton; and Winston Trucking, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

November 20, 2025
Charleston, South Carolina